UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE PRICE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3241** |
| **NEW ORLEANS POLICE DEPARTMENT, ET AL.** | **SECTION "N" (4)** |

## O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed Price against the New Orleans Police Department, Steven Keller, Warren Keller, and John Barbetti is **DISMISSED WITHOUT PREJUDICE** as malicious pursuant to Title 28 U.S.C. § 1915(e)(2)(B) and § 1915A.

New Orleans, Louisiana, this _20th_ day of _April_, 2011.

_____
UNITED STATES DISTRICT JUDGE